**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

|  |  |
|---|---|
| M.A.P.S., on her own behalf and on behalf of others similarly situated, | |
| *Petitioner–Plaintiff*, | Case No. 3:25-cv-0171 |
| v. | |
| ANGEL GARITE, in his official capacity as Assistant El Paso Field Office Director for U.S. Immigration and Customs Enforcement and Warden of the El Paso Processing Center, *et al.*, | |
| *Respondents–Defendants.* | |

**EMERGENCY APPLICATION FOR A TEMPORARY RESTRAINING ORDER**

1

Petitioner-Plaintiff ("Petitioner") is in imminent danger of being transferred out of this District and removed from the United States—and this Court could potentially permanently lose jurisdiction. Upon information and belief, Petitioner was served a deficient notice by the government in April 2025 alleging that she is an Alien Enemy pursuant to the President's Proclamation. Therefore, but for intervention from this Court, Petitioner may be transferred out of this District for removal at any moment. Accordingly, Petitioner respectfully requests a temporary injunction for Petitioner and the putative class to preserve the status quo. Specifically, if the order in the related case pending in this District, *Sanchez Puentes v. Garite* (No. 25-cv-127), ECF No. 27, is stayed, Petitioner seeks a temporary restraining order enjoining (1) any removal outside the country pursuant to the Alien Enemies Act ("AEA"), (2) any transfer out of the Western District of Texas without notice to counsel, (3) notice to Petitioner and undersigned counsel of any designation as an Alien Enemy under the Proclamation, at least 30 days prior to any removal under the Proclamation; and (4) notice to undersigned counsel of the transfer of any individual designated an Alien Enemy under the Proclamation into the Western District of Texas.

The request for a temporary restraining order against Respondents-Defendants ("Respondents") is made pursuant to Rule 65 of the Federal Rules of Civil Procedure, and the All Writs Act. Petitioner and the proposed class are people in civil immigration detention who are at substantial risk of immediate, summary removal from the United States pursuant to the use of the AEA, 50 U.S.C. § 21 *et seq.* against a *non*-state actor for the first time in the country's history.

As set forth in the accompanying Memorandum of Law, Respondents' invocation and application of the AEA patently violates the plain text of the statute and exceeds the limited authority granted to the President by Congress. Respondents' invocation and application of the AEA also violates the Immigration and Nationality Act, statutes providing protection for people

2

seeking humanitarian relief, and due process. In the absence of a temporary restraining order, Petitioner will suffer irreparable injury, and the balance of hardships and the public interest favor relief. Critically, moreover, if Petitioner and the class are removed to the custody of another country, <u>the government's position is that this Court will lose jurisdiction permanently</u>.

In support of this Motion, Petitioner relies upon the accompanying memorandum and declaration in support of a Temporary Restraining Order, and materials for class certification. A proposed order is attached for the Court's convenience. Petitioner respectfully requests that this Court grant this emergency application and issue a temporary restraining order as soon as possible for Petitioner and the class.

Dated: May 10, 2025                         Respectfully submitted,

Lee Gelernt*                                *s/ Adriana Pinon*
Daniel Galindo*                             Adriana Piñon
Ashley Gorski*                              TX Bar No. 24089768
Patrick Toomey*                             Brian Klosterboer
Sidra Mahfooz*                              Tx Bar No.  24107833
Omar Jadwat*                                Thomas Buser-Clancy
Hina Shamsi*                                TX Bar No. 24078344
AMERICAN CIVIL LIBERTIES UNION              Savannah Kumar*
FOUNDATION                                  TX Bar No. 24120098
125 Broad Street, 18th Floor                Charelle Lett
New York, NY 10004                          TX Bar No. 24138899
T: (212) 549-2660                           Ashley Harris
E: lgelernt@aclu.org                        TX Bar No. 24123238
E: dgalindo@aclu.org
E: agorski@aclu.org                         ACLU FOUNDATION OF TEXAS,
E: ptoomey@aclu.org                         INC.
E: smahfooz@aclu.org                        1018 Preston St.
E: ojadwat@aclu.org                         Houston, TX 77002
E: hshamsi@aclu.org                         (713) 942-8146
                                            bklosterboer@aclutx.org
Noelle Smith*                               tbuser-clancy@aclutx.org
Oscar Sarabia Roman*                        skumar@aclutx.org
My Khanh Ngo*                               clett@aclutx.org
Cody Wofsy*                                  aharris@aclutx.org
AMERICAN CIVIL LIBERTIES UNION              apinon@aclutx.org

FOUNDATION
425 California Street, Suite 700
San Francisco, CA 94104
T: (415) 343-0770
E: nsmith@aclu.org
E: osarabia@aclu.org
E: mngo@aclu.org
E: cwofsy@aclu.org

Jennifer Babaie*±
Las Americas Immigrant Advocacy Center
1500 E Yandell Dr.
El Paso, TX 79902
Tel: (915) 544-5126
jenniferbabaie@las-americas.org

±*Counsel for individual Petitioner only*

Yulie Landan*±
Matthew S. Vogel*†±
Sirine Shebaya*±
National Immigration Project
of the National Lawyers Guild
1763 Columbia Road NW
Suite 175 # 896645
Washington, DC 20009
Tel: (213) 430-5521
yulie@nipnlg.org
sirine@nipnlg.org
matt@nipnlg.org
†Not admitted in DC; working
remotely from and admitted in
Louisiana only.

Attorneys for Petitioner-Plaintiff

*Pro hac vice applications
forthcoming*

4

## CERTIFICATE OF CONFERENCE

I certify that pursuant to Local Rule CV-7(g), Petitioner's counsel attempted to confer with counsel for Respondents prior to filing by emailing Manuel Roman at the United States Attorney for the Western District of Texas, and seeking the government's position. Petitioner's counsel was not able to obtain a response prior to filing.

Dated: May 10, 2025

/s/ *Adriana Pinon*
Adriana Pinon
ACLU FOUNDATION OF TEXAS, INC.
1018 Preston St.
Houston, TX 77002
(713) 942-8146
apinon@aclutx.org

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2025, a true and correct copy of the foregoing document and attachments were electronically filed via the Court's CM/ECF system which sends notice of electronic filing to all counsel of record. I will provide copies of the foregoing motion, accompanying declaration, memorandum of law, and proposed order via email to the U.S. Attorney's Office, Western District of Texas to:

> United States Attorney's Office
> Western District of Texas
> 700 E. San Antonio,
> Suite 200
> El Paso, Texas 79901
> Email: Manuel.Romero@usdoj.gov

Dated: May 10, 2025

/s/ *Adriana Pinon*
Adriana Pinon
ACLU FOUNDATION OF TEXAS, INC.
1018 Preston St.
Houston, TX 77002
(713) 942-8146
apinon@aclutx.org