**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| M.A.P.S., on her own behalf and on behalf of others similarly situated,<br><br>*Petitioner–Plaintiff*,<br><br>v.<br><br>ANGEL GARITE, in his official capacity as Assistant El Paso Field Office Director for U.S. Immigration and Customs Enforcement and Warden of the El Paso Processing Center, *et al.*,<br><br>*Respondents–Defendants*. | Case No. 3:25-cv-0171 _____ |

**[PROPOSED] ORDER GRANTING PETITIONER-PLAINTIFF'S MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYM**

Upon consideration of Petitioner-Plaintiff's Motion for Leave to Proceed Under Pseudonym and for good cause shown, the motion is GRANTED. It is hereby ORDERED that Petitioner is given leave to proceed under the pseudonyms M.A.P.S.

It is so **ORDERED**.

Entered on _____, 2025 at _____ a.m./p.m.

_____
United States District Court Judge

1