IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| M.A.P.S., on her own behalf and on behalf of others similarly situated,<br><br>*Petitioner–Plaintiff*,<br><br>v.<br><br>ANGEL GARITE, in his official capacity as Assistant El Paso Field Office Director for U.S. Immigration and Customs Enforcement and Warden of the El Paso Processing Center, *et al.*,<br><br>*Respondents–Defendants*. | Case No. 3:25-cv-0171 |

## NOTICE OF RELATED CASE

Petitioner-Plaintiff files this Notice to inform the Court that the claims raised in this case are substantially similar to those raised in another case pending before this Court, *Sanchez Puentes, et al., v. Garite, et al.,* Case No. 3:25-cv-00127. Both cases have common questions of law, and the outcome of motions pending in either case could impact the other case as well as the legality and implementation of the same federal government policies in question. Because of this substantial similarity and in the interest of judicial economy, Petitioner-Plaintiff is notifying the Court.

Respectfully submitted,

*/s/Adriana Pinon*
Adriana Pinon
TX Bar No. 24089768
ACLU FOUNDATION OF TEXAS, INC.
1018 Preston St.
Houston, TX 77002
(713) 942-8146
apinon@aclutx.org