IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| M.A.P.S, *on her own behalf and on behalf of others similarly situated,*<br>    Petitioner,<br><br>v.<br><br>ANGEL GARITE, MARY DE-ANDA-YBARRA, DONALD J. TRUMP, PAMELA BONDI, KRISTI NOEM, U.S. DEPT. OF HOMELAND SECURITY, TODD LYONS, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, MARCO RUBIO, U.S. DEPT. OF STATE, PETE HEGSETH, U.S. DEPT. OF DEFENSE, MIGUEL VERGARA, BRET BRADFORD, BOBBY THOMPSON, CHARLOTTE COLLINS, ROSE THOMPSON, and MURRAY AGNEW,<br>    Respondents. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | EP-25-CV-00171-DB |

## ORDER SETTING EXPEDITED BRIEFING SCHEDULE FOR MOTION FOR CLASS CERTIFICATION

On this day, the Court considered the above-captioned case. On May 10, 2025, Petitioner M.A.P.S. ("Petitioner") filed "Petitioner-Plaintiff's Motion For Class Certification," ECF No. 2. Accordingly, the Court is setting the following expedited briefing schedule:

**IT IS HEREBY ORDERED** that should Respondents Angel Garite, Mary De-Anda-Ybarra, Donald J. Trump, Pamela Bondi, Kristi Noem, U.S. Dept. Of Homeland Security, Todd Lyons, U.S. Immigration And Customs Enforcement, Marco Rubio, U.S. Dept. Of State, Pete Hegseth, U.S. Dept. Of Defense, Miguel Vergara, Bret Bradford, Bobby Thompson, Charlotte Collins, Rose Thompson, and Murray Agnew ("Respondents") wish to file a response, Respondents shall file a response **no later than Friday, May 16, 2025.**

**IT IS FURTHER ORDERED** that should Petitioner wish to file a response, Petitioner shall file a reply **no later than Tuesday, May 20, 2025.**

SIGNED this 13th day of **May 2025.**

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE