IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| M.A.P.S., on her own behalf and on behalf of others similarly situated,<br><br>*Petitioner–Plaintiff,*<br><br>v.<br><br>ANGEL GARITE, in his official capacity as Assistant El Paso Field Office Director for U.S. Immigration and Customs Enforcement and Warden of the El Paso Processing Center, *et al.*,<br><br>*Respondents–Defendants.* | Case No. 3:25-CV-00171-DB |

## ORDER GRANTING PETITIONER-PLAINTIFF'S MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYM

Upon consideration of Petitioner-Plaintiff's Motion for Leave to Proceed Under Pseudonym, ECF No. 4, and for good cause shown, the motion is **GRANTED**. It is hereby **ORDERED** that Petitioner is given leave to proceed under the pseudonyms M.A.P.S.

It is so **ORDERED**.

ENTERED on this 13th day of **May 2025**.

_____
HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE

1