IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| M.A.P.S, *on her own behalf and on behalf of others similarly situated,*<br>Petitioner,<br><br>v.<br><br>ANGEL GARITE, MARY DE-ANDA-YBARRA, DONALD J. TRUMP, PAMELA BONDI, KRISTI NOEM, U.S. DEPT. OF HOMELAND SECURITY, TODD LYONS, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, MARCO RUBIO, U.S. DEPT. OF STATE, PETE HEGSETH, U.S. DEPT. OF DEFENSE, MIGUEL VERGARA, BRET BRADFORD, BOBBY THOMPSON, CHARLOTTE COLLINS, ROSE THOMPSON, and MURRAY AGNEW,<br>Respondents. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | EP-25-CV-00171-DB |

## ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

On this day, the Court considered Attorney Daniel Galindo's ("Attorney Galindo") "Motion for Admission Pro Hac Vice" ("Motion"), ECF No. 13, filed in the above-referenced case on May 12, 2025. Therein, Attorney Galindo "moves this Court to grant admission to the . . . Western District of Texas pro hac vice to represent Petitioner M.A.P.S. in this case." *Id.* at 1. After due consideration, the Motion is granted.

Accordingly, **IT IS HEREBY ORDERED** that Attorney Galindo's "Motion for Admission Pro Hac Vice," ECF No. 13, is **GRANTED**.

**IT IS FURTHER ORDERED** Attorney Galindo is **GRANTED LEAVE** to appear pro hac vice on behalf of Petitioner M.A.P.S. in this case.

**IT IS FURTHER ORDERED** that Attorney Galindo apply for admission to practice in the Western District of Texas in compliance with Local Rule for the Western District of Texas AT-1 **WITHIN SIXTY DAYS** of the entry of this Order and diligently pursue that application until admitted to practice before this Court. Should Attorney Galindo choose not to pursue admission, they will not be allowed to appear in any other action in the Western District of Texas until they have been formally admitted to practice.

**IT IS FINALLY ORDERED** that Attorney Galindo **REGISTER** as a filing user with the Court's Case Management/Electronic Case Files (CM/ECF) program within **TEN DAYS** of the entry of this Order in compliance with the administrative policies and procedures for electronic filing in the Western District of Texas.

SIGNED this ___13th___ day of **May 2025**.

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE

2