IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| M.A.P.S, *on her own behalf and on behalf of others similarly situated,*<br>　　　Petitioner,<br><br>v.<br><br>ANGEL GARITE, MARY DE-ANDA-YBARRA, DONALD J. TRUMP, PAMELA BONDI, KRISTI NOEM, U.S. DEPT. OF HOMELAND SECURITY, TODD LYONS, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, MARCO RUBIO, U.S. DEPT. OF STATE, PETE HEGSETH, U.S. DEPT. OF DEFENSE, MIGUEL VERGARA, BRET BRADFORD, BOBBY THOMPSON, CHARLOTTE COLLINS, ROSE THOMPSON, and MURRAY AGNEW,<br>　　　Respondents. | EP-25-CV-00171-DB |

## ORDER DENYING MOTION FOR ADMISSION PRO HAC VICE

On this day, the Court considered Attorney Sirine Shebaya's ("Attorney Shebaya") "Motion for Admission Pro Hac Vice" ("Motion"), ECF No. 19, filed in the above-referenced case on May 13, 2025. Therein, Attorney Shebaya "moves this Court to grant admission to the . . . Western District of Texas pro hac vice to represent Petitioner in this case." *Id.* at 1. Attorney Shebaya also advises she has previously applied for and been granted admission to appear pro hac vice in this district in the case *Sanchez Puentes v. Garite et al.*, No. EP-25-CV-00127-DB (W.D. Tex. Apr. 16, 2025), on April 17, 2025. *Id.* at 2. Because Attorney Shebaya has previously been admitted to the Western District of Texas, in order to appear on any other cases, she must apply for formal admission to the Western District of Texas. To date, Attorney Shebaya has not advised this

Court she has applied for formal admission into the Western District of Texas. After due consideration, the Motion is denied.

Accordingly, **IT IS HEREBY ORDERED** that Attorney Shebaya's "Motion for Admission Pro Hac Vice," ECF No. 19, is **DENIED**.

**IT IS FURTHER ORDERED** that Attorney Shebaya not be allowed to appear in this instant action until admitted formally, or until their application for admission to practice in the Western District of Texas has been submitted.

**IT IS FURTHER ORDERED** that should Attorney Shebaya choose to apply for formal admission to practice in the Western District of Texas, they are permitted to refile an amended motion for admission pro hac vice in this case that also notifies the Court of such application.

**IT IS FINALLY ORDERED** that the District Clerk's Office for the Western District of Texas **SEND** via certified mail a copy of this instant order to Attorney Sirine Shebaya at the following address: National Immigration Project, 1763 Columbia Road NW, Suite 175 #896645, Washington, DC 20009.

SIGNED this 14th day of **May 2025**.

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE