IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **M.A.P.S,** *on her own behalf and on behalf of others similarly situated,*<br>Petitioner,<br><br>v.<br><br>ANGEL GARITE, MARY DE-ANDA-YBARRA, DONALD J. TRUMP, PAMELA BONDI, KRISTI NOEM, U.S. DEPT. OF HOMELAND SECURITY, TODD LYONS, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, MARCO RUBIO, U.S. DEPT. OF STATE, PETE HEGSETH, U.S. DEPT. OF DEFENSE, MIGUEL VERGARA, BRET BRADFORD, BOBBY THOMPSON, CHARLOTTE COLLINS, ROSE THOMPSON, and MURRAY AGNEW,<br>Respondents. | EP-25-CV-00171-DB |

## ORDER TO SHOW CAUSE

On this day, the Court considered the above-captioned case. On May 10, 2025, Petitioner M.A.P.S. ("Petitioner"), on behalf of herself and others similarly situated, filed a "Class Petition for Writ of Habeas Corpus And Complaint for Declaratory and Injunctive Relief." ECF No. 1. Therein, Petitioner asks this Court to "[g]rant a writ of habeas corpus to Petitioners that enjoins Respondents from removing them pursuant to the Proclamation." *Id.* at 27. Pursuant to 28 U.S.C. § 2243, "[a] court. . . entertaining an application for a writ of habeas corpus shall forthwith award the writ or issue an order directing the respondent to show cause why the writ should not be granted." After due consideration, the Court finds good cause exists to allow Respondents to respond to this instant order in excess of the time limits set forth in 28 U.S.C. § 2243.

Accordingly, **IT IS HEREBY ORDERED** that Respondents Angel Garite, Mary De-Anda-Ybarra, Donald J. Trump, Pamela Bondi, Kristi Noem, U.S. Dept. Of Homeland Security, Todd Lyons, U.S. Immigration and Customs Enforcement, Marco Rubio, U.S. Dept. Of State, Pete Hegseth, U.S. Dept. of Defense, Miguel Vergara, Bret Bradford, Bobby Thompson, Charlotte Collins, Rose Thompson, and Murray Agnew **SHOW CAUSE** why such writ should not be granted by filing a response no later **no later than Friday, May 23, 2025.**

**IT IS FURTHER ORDERED** that should Petitioner wish to file a reply, Petitioner shall file a reply **no later than Monday, May 26, 2025.**

**SIGNED** this 16th day of **May 2025**.

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE