IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| M.A.P.S, *on her own behalf and on behalf of others similarly situated*,<br>　　Petitioner,<br><br>v.<br><br>ANGEL GARITE, MARY DE-ANDA-YBARRA, DONALD J. TRUMP, PAMELA BONDI, KRISTI NOEM, U.S. DEPT. OF HOMELAND SECURITY, TODD LYONS, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, MARCO RUBIO, U.S. DEPT. OF STATE, PETE HEGSETH, U.S. DEPT. OF DEFENSE, MIGUEL VERGARA, BRET BRADFORD, BOBBY THOMPSON, CHARLOTTE COLLINS, ROSE THOMPSON, and MURRAY AGNEW,<br>　　Respondents. | §§§§§§§§§§§§§§§§§§ | EP-25-CV-00171-DB |

## ORDER SETTING EXPEDITED BRIEFING SCHEDULE ON PRELIMINARY INJUNCTION

On this day, the Court considered the above-captioned case. On May 10, 2025, Petitioner M.A.P.S. ("Petitioner"), on behalf of herself and others similarly situated, filed "Class Petition for Writ of Habeas Corpus And Complaint for Declaratory and Injunctive Relief", ECF No. 1. Therein, Petitioner seeks an injunction to "[e]njoin Respondents from transferring Petitioners out of this district during the pendency of this litigation without advance notice to counsel; "enjoin[] Respondents from removing them pursuant to the Proclamation" and "declare unlawful the Proclamation"; and "[e]njoin Respondents from applying the Proclamation to Petitioners without providing 30-day notice and an opportunity to respond to the designation prior to the removal date." *Id.* at 27.

Accordingly, **IT IS HEREBY ORDERED** that Petitioner M.A.P.S. **SHALL FILE** a "Motion for Preliminary Injunction" ("Motion") no later than **Tuesday, May 20, 2025.**

**IT IS FURTHER ORDERED** Respondents Angel Garite, Mary De-Anda-Ybarra, Donald J. Trump, Pamela Bondi, Kristi Noem, U.S. Dept. Of Homeland Security, Todd Lyons, U.S. Immigration and Customs Enforcement, Marco Rubio, U.S. Dept. Of State, Pete Hegseth, U.S. Dept. of Defense, Miguel Vergara, Bret Bradford, Bobby Thompson, Charlotte Collins, Rose Thompson, And Murray Agnew **FILE A RESPONSE** no later than **Friday, May 23, 2025.**

**IT IS FURTHER ORDERED** that Petitioner **MAY FILE A REPLY** no later than **Monday, May 26, 2025.**

**IT IS FINALLY ORDERED** a hearing shall be set on the merits of the Motion and an order setting such hearing is forthcoming.

SIGNED this __16th__ day of **May 2025.**

_____
**THE HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**