# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| M.A.P.S, *on her own behalf and on behalf of others similarly situated,* § § § | CIVIL NO: EP:25-CV-00171-DB |
| vs. § § | |
| ANGEL GARITE, et al. § § | |

## ORDER SETTING HEARING ON MOTION FOR PRELIMINARY INJUNCTION AND ORDER TO SHOW CAUSE

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **HEARING ON MOTION FOR PRELIMINARY INJUNCTION AND ORDER TO SHOW CAUSE** in District Courtroom, Room 722, on the 7th Floor of the United States Courthouse, 525 Magoffin Avenue, El Paso, TX, on **Thursday, May 29, 2025 at 01:30 PM MDT**. Petitioner, Counsel for Petitioner, and Counsel for Respondents must appear in person.

IT IS FURTHER ORDERED that Immigration and Customs Enforcement (ICE) or any other agency that has custody of Petitioner, ensure her presence at the hearing.

IT IS SO ORDERED this 16 day of May 2025.

DAVID BRIONES
SENIOR U.S. DISTRICT JUDGE