# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| M.A.P.S, *on her own behalf and on behalf of others similarly situated*,<br>　　　Petitioner,<br><br>v.<br><br>ANGEL GARITE, MARY DE-ANDA-YBARRA, DONALD J. TRUMP, PAMELA BONDI, KRISTI NOEM, U.S. DEPT. OF HOMELAND SECURITY, TODD LYONS, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, MARCO RUBIO, U.S. DEPT. OF STATE, PETE HEGSETH, U.S. DEPT. OF DEFENSE, MIGUEL VERGARA, BRET BRADFORD, BOBBY THOMPSON, CHARLOTTE COLLINS, ROSE THOMPSON, and MURRAY AGNEW,<br>　　　Respondents. | §§§§§§§§§§§§§§§§§§§§<br><br>EP-25-CV-00171-DB |

## ORDER EXTENDING ORIGINAL TEMPORARY RESTRAINING ORDER

On this day, the Court considered the above-captioned case. On May 10, 2025, Petitioner M.A.P.S. ("Petitioner"), on behalf of herself and others similarly situated, filed "Class Petition for Writ of Habeas Corpus And Complaint for Declaratory and Injunctive Relief", ECF No. 1. On May 13, 2025 at 2:47 p.m. MDT, this Court issued a "Temporary Restraining Order" ("TRO") that is set to expire on May 27, 2025 at 2:47 p.m. MDT. *See* TRO, ECF No. 16. Pursuant to Federal Rule of Civil Procedure 65(b)(2), this Court, "for good cause," may extend the TRO "for a like period." Because this Court is setting a hearing on May 29, 2025 at 1:30 p.m. MDT regarding the injunctive relief and the writ petition sought in this case, this Court finds good cause to extend the TRO deadline for an additional 14-day period.

Accordingly, **IT IS HEREBY ORDERED** that this Court's original "Temporary Restraining Order," ECF No. 16, is extended an additional 14-days from its original expiration.

**IT IS FURTHER ORDERED** "Temporary Restraining Order," ECF No. 16, will expire on June 10, 2025 at 2:47 p.m. MDT.

SIGNED this 16th day of **May 2025**.

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE