IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| M.A.P.S., on her own behalf and on behalf of others similarly situated,<br><br>*Petitioner–Plaintiff,*<br><br>v.<br><br>ANGEL GARITE, in his official capacity as Assistant El Paso Field Office Director for U.S. Immigration and Customs Enforcement and Warden of the El Paso Processing Center, *et al.*,<br><br>*Respondents–Defendants.* | 25-CV-00171-DB |

## ORDER

Upon consideration of Petitioner-Plaintiff's and Respondents-Defendants' Joint Motion to Exceed Page Limits and for good cause shown, **IT IS HEREBY ORDERED**:

1. Petitioner may exceed the twenty (20) page limit imposed by Western District of Texas Local Rule CV-7 and this Court's Fact Sheet and **MAY FILE** a Memorandum of Law in Support of a Motion for a Preliminary Injunction not to exceed thirty (30) pages, excluding any tables and signature blocks; and

2.  Respondents may exceed the twenty (20) page limit imposed by Western District of Texas Local Rule CV-7 and this Court's Fact Sheet and **MAY FILE** a Memorandum of Law in Opposition to Petitioner's Motion for a Preliminary Injunction not to exceed thirty (30) pages, excluding any tables and signature blocks.

**SIGNED** on this \_\_\_\_21st\_\_\_\_ day of May 2025.

_____
**HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**