IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| M.A.P.S, *on her own behalf and on behalf of others similarly situated*,<br>　　　Petitioner,<br><br>v.<br><br>ANGEL GARITE, MARY DE-ANDA-YBARRA, DONALD J. TRUMP, PAMELA BONDI, KRISTI NOEM, U.S. DEPT. OF HOMELAND SECURITY, TODD LYONS, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, MARCO RUBIO, U.S. DEPT. OF STATE, PETE HEGSETH, U.S. DEPT. OF DEFENSE, MIGUEL VERGARA, BRET BRADFORD, BOBBY THOMPSON, CHARLOTTE COLLINS, ROSE THOMPSON, and MURRAY AGNEW,<br>　　　Respondents. | §§§§§§§§§§§§§§§§§§§<br><br>EP-25-CV-00171-DB |

## ORDER CONSOLIDATING HEARING ON PRELIMINARY INJUNCTION WITH TRIAL ON THE MERITS

On this day, the Court considered the above-captioned case. On May 20, 2025, Petitioner M.A.P.S. ("Petitioner") filed a "Motion for Classwide Preliminary Injunction," ("Motion") ECF No. 34. This Court has set a hearing on this motion for Thursday, May 29, 2025 at 1:30 PM MDT. Order Setting Hrg. on Mot. for Prelim. Inj. and Order to Show Cause, ECF No. 30. Pursuant to Federal Rule of Civil of Procedure 65(a)(2), a court may consolidate a hearing on a preliminary injunction motion with the trial on the merits. Based on the arguments raised in Petitioner's Motion, this Court finds consolidation of the hearing on the motion and the trial on the merits is proper.

Accordingly, **IT IS HEREBY ORDERED** that pursuant to Federal Rule of Civil of Procedure 65(a)(2), the hearing on motion for preliminary injunction and order to show cause set for May 29, 2025 at 1:30 PM MDT is **CONSOLIDATED** with the trial on the merits.

**IT IS FURTHER ORDERED** that if planning to object to such consolidation, said party or parties **MUST FILE** their notice of objections to such consolidation and state the reasons for said objections therein <u>no later than Tuesday, May 27, 2025</u>.

**IT IS FINALLY ORDERED** that if not planning to object, said party or parties **MUST FILE** their notice of non-objection to such consolidation <u>no later than Tuesday, May 27, 2025</u>.

SIGNED this _22nd_ day of **May 2025**.

_____
**HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**