IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| M.A.P.S., on her own behalf and on behalf of others similarly situated,<br><br>*Petitioners–Plaintiff*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>*Respondents–Defendants*. | Case No. 3:25-cv-00171-DB |

**RESPONDENTS-DEFENDANTS' NOTICE OF OBJECTION**

On May 22, 2025, this Court consolidated the hearing on Petitioner-Plaintiff's motion for preliminary injunction and order to show cause with a trial on the merits. ECF No. 37. Respondents-Defendants object to consolidation. The administration has not implemented a new notice policy on remand from *A.A.R.P. v. Trump*, 605 U.S. ---, 2025 WL 1417281 (2025) and thus a final resolution of the case on the merits is premature.

Respectfully Submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

ANTHONY NICASTRO
Acting Director

SARAH WILSON
Assistant Director

/s/ Daniel M. Cappelletti
DANIEL M. CAPPELLETTI
Trial Attorney

1

                                              NANCY N. SAFAVI
                                              TX Bar No. 24042342
                                              Senior Trial Attorney

Dated: May 28, 2025                       *Counsel for Respondents–Defendants*

## **CERTIFICATE OF SERVICE**

I certify that on May 28, 2025, a true and correct copy of the foregoing was filed with the United States District Clerk for the Western District of Texas and electronically served on all counsel of record via the District's ECF system and email.

/s/ Daniel M. Cappelletti
DANIEL M. CAPPELLETTI
Trial Attorney
