IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **M.A.P.S,** *on her own behalf and on behalf* *of others similarly situated,*     **Petitioner,**<br><br>**v.**<br><br>**ANGEL GARITE, MARY DE-ANDA-YBARRA, DONALD J. TRUMP, PAMELA BONDI, KRISTI NOEM, U.S. DEPT. OF HOMELAND SECURITY, TODD LYONS, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, MARCO RUBIO, U.S. DEPT. OF STATE, PETE HEGSETH, U.S. DEPT. OF DEFENSE, MIGUEL VERGARA, BRET BRADFORD, BOBBY THOMPSON, CHARLOTTE COLLINS, ROSE THOMPSON, and MURRAY AGNEW,**     **Respondents.** | § § § § § § § § § § § § § § § § § § § § | **EP-25-CV-00171-DB** |

## ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

On this day, the Court considered Attorney Yulie Landan's ("Attorney Landan") "Amended Motion for Admission Pro Hac Vice" ("Amended Motion"), ECF No. 42, filed in the above-referenced case on May 27, 2025. Therein, Attorney Landan "moves this Court to grant admission to the . . . Western District of Texas pro hac vice to represent the Petitioner in this case." *Id.* at 1. Attorney Landan previously sought admission pro hac vice in the instant case. *See* Mot. for Admission Pro Hac Vice, ECF No. 18. Attorney Landan's previous application for admission pro hac vice was denied because they were previously admitted pro hac vice in a separate case. *See* Order Denying Mot. for Admission Pro Hac Vice, ECF No. 24. Therein, the Court ordered Attorney Landan was "permitted to refile an amended motion for admission pro hac vice in this case that also notifies the Court of such application" for formal admission to practice in the Western

District of Texas. *Id.* at 2. In their Amended Motion, Attorney Landan advised the Court that they "submitted an attorney admissions application to the Western District of Texas, El Paso Division." Am. Mot. 2, ECF No. 42.

Accordingly, **IT IS HEREBY ORDERED** that Attorney Yulie Landan's "Amended Motion for Admission Pro Hac Vice," ECF No. 42, is **GRANTED**.

**IT IS FURTHER ORDERED** that Attorney Landan is **GRANTED LEAVE** to appear pro hac vice on behalf of Petitioner M.A.P.S. in this case.

**IT IS FURTHER ORDERED** that Attorney Landan's admission pro hac vice is valid until they are formally admitted to practice in the Western District of Texas.

**IT IS FINALLY ORDERED** that Attorney Landan **REGISTER** as a filing user with the Court's Case Management/Electronic Case Files (CM/ECF) program within **TEN DAYS** of the entry of this Order in compliance with the administrative policies and procedures for electronic filing in the Western District of Texas.

SIGNED this _28_ day of **May 2025**.

_____
HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE