IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| M.A.P.S, *on her own behalf and on behalf of others similarly situated*,<br>    Petitioner,<br><br>v.<br><br>ANGEL GARITE, MARY DE-ANDA-YBARRA, DONALD J. TRUMP, PAMELA BONDI, KRISTI NOEM, U.S. DEPT. OF HOMELAND SECURITY, TODD LYONS, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, MARCO RUBIO, U.S. DEPT. OF STATE, PETE HEGSETH, U.S. DEPT. OF DEFENSE, MIGUEL VERGARA, BRET BRADFORD, BOBBY THOMPSON, CHARLOTTE COLLINS, ROSE THOMPSON, and MURRAY AGNEW,<br>    Respondents. | §§§§§§§§§§§§§§§§§§§ | EP-25-CV-00171-DB |

## ORDER LIFTING DOCKET VIEWING RESTRICTIONS

On this day, the Court considered the above-captioned case. Per this Court's oral orders at the May 29, 2025 hearing, the followings orders shall issue:

**IT IS HEREBY ORDERED** that the limitations on remote access to electronic files otherwise applicable in this case, *see* Fed. R. Civ. P. 5.2(c), are lifted.

**IT IS FURTHER ORDERED** the District Clerk is directed to lift all viewing restrictions on the docket—i.e., to make all prior filings electronically available to the public, and all future filings shall be publicly available unless the Court grants leave to file under seal or in redacted form.

**IT IS FINALLY ORDERED** that, if necessary, the District Clerk may change the nature of suit code to No. 530, "Habeas Corpus," thereby lifting the limitations on remote

electronic access to the docket imposed by Rule 5.2(c).

SIGNED this __30th__ day of **May 2025**.

_____
**HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**