IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| M.A.P.S., *on her own behalf and on behalf of others similarly situated*,<br>　　Petitioner,<br><br>v.<br><br>ANGEL GARITE, MARY DE-ANDA-YBARRA, DONALD J. TRUMP, PAMELA BONDI, KRISTI NOEM, U.S. DEPT. OF HOMELAND SECURITY, TODD LYONS, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, MARCO RUBIO, U.S. DEPT. OF STATE, PETE HEGSETH, U.S. DEPT. OF DEFENSE, MIGUEL VERGARA, BRET BRADFORD, BOBBY THOMPSON, CHARLOTTE COLLINS, ROSE THOMPSON, and MURRAY AGNEW,<br>　　Respondents. | § § § § § § § § § § § § § § § § § § § § | EP-25-CV-00171-DB |

## FINAL JUDGMENT AND PERMANENT INJUNCTION

In accordance with this Court's "Memorandum Opinion and Order Granting Petition and Issuing Writ of Habeas Corpus," ECF No. 59, and "Memorandum Order and Opinion on Class Certification," ECF No. 38, issued on May 22, 2025, the Court enters final judgment in favor of Petitioner M.A.P.S. and the members of the certified class.

Accordingly, **IT IS HEREBY ORDERED** Respondents Angel Garite, Mary De-Anda-Ybarra, Pamela Bondi, Kristi Noem, U.S. Dept. of Homeland Security, Todd Lyons, U.S. Immigration and Customs Enforcement, Marco Rubio, U.S. Dept. of State, Pete Hegseth, U.S. Dept. of Defense, Miguel Vergara, Bret Bradford, Bobby Thompson, Charlotte Collins, Rose Thompson, and Murray Agnew (collectively "Respondents") are **PERMANENTLY ENJOINED** from detaining, transferring, or removing Petitioner M.A.P.S. and the members of the certified

class, under the Alien Enemies Act, 50 U.S.C. § 21, based on the Presidential Proclamation 10903, "Invocation of the Alien Enemies Act Regarding the Invasion of the United States by Tren de Aragua," Proclamation No. 10903, 90 Fed. Reg. 13033 (Mar. 14, 2025).

**IT IS FURTHER ORDERED** this Final Judgment and Permanent Injunction **DOES NOT PROHIBIT** Respondents from proceeding with removal proceedings or otherwise acting against Petitioner M.A.P.S. and the members of the certified class, based on the Immigration and Nationality Act, including under any final order of removal.

**IT IS FINALLY ORDERED** this Final Judgment and Permanent Injunction **DOES NOT ENJOIN** Respondent Donald J. Trump in his official duties as President of the United States. *See Franklin v. Massachusetts*, 505 U.S. 788, 802 (1992).

**SIGNED** this 9th day of **June 2025**.

**HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**