UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **M.A.P.S.**, on her own behalf and on behalf of others similarly situated,<br><br>*Petitioner*,<br><br>v.<br><br>**DONALD J. TRUMP**, in his official capacity as President of the United States, *et al.*,<br><br>*Respondents*. | EP-3:25-CV-00171-DB |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that all named Respondents hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Court's June 9, 2025, Final Judgment and Permanent Injunction (ECF No. 60) as well as all associated opinions and orders.

Dated: July 16, 2025

Respectfully submitted,

YAAKOV ROTH
Acting Assistant Attorney

ANTHONY NICASTRO
Acting Assistant Director

MARGARET LEACHMAN
Acting United States Attorney

/s Daniel Cappelletti
DANIEL CAPPELLETTI
Trial Attorney
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station

1

                                                  2

                                                  Washington, DC 20044
                                                  (202) 353-2999
                                                  Daniel.Cappelletti@usdoj.gov

**CERTIFICATE OF SERVICE**

     I certify that on July 16, 2025, a true and correct copy of the foregoing was filed with the United States District Clerk for the Western District of Texas and electronically served on all counsel of record via the District's ECF system and email.

                                                /s/ Daniel M. Cappelletti
                                                DANIEL M. CAPPELLETTI
                                                Trial Attorney