**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

|  |  |
|---|---|
| M.A.P.S., on her own behalf and on behalf of others similarly situated,<br><br>*Petitioner–Plaintiff*,<br><br>v.<br><br>ANGEL GARITE, in his official capacity as Assistant El Paso Field Office Director for U.S. Immigration and Customs Enforcement and Warden of the El Paso Processing Center, *et al*.,<br><br>*Respondents–Defendants*. | Case No. 3:25-cv-0171 |

## NOTICE OF SERVICE OF SUMMONS

Pursuant to Rule 4 of the Federal Rules of Civil Procedure, and as set forth in the attached declaration, Petitioners-Plaintiffs have served Respondents-Defendants with the summons and complaint.

Dated: August 4, 2025

Noelle Smith**
Oscar Sarabia Roman**
My Khanh Ngo*
Cody Wofsy
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
425 California Street, Suite 700
San Francisco, CA 94104
T: (415) 343-0770
nsmith@aclu.org
osarabia@aclu.org
mngo@aclu.org
cwofsy@aclu.org

Adriana Piñon
TX Bar No. 24089768
Brian Klosterboer
Tx Bar No.  24107833

Respectfully submitted,

/s/ *Lee Gelernt*
Lee Gelernt*
Daniel Galindo*
Ashley Gorski**
Patrick Toomey**
Omar Jadwat**
Hina Shamsi**
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
T: (212) 549-2660
lgelernt@aclu.org
dgalindo@aclu.org
agorski@aclu.org
ptoomey@aclu.org
ojadwat@aclu.org
hshamsi@aclu.org

Thomas Buser-Clancy
TX Bar No. 24078344
Savannah Kumar*
TX Bar No. 24120098
Charelle Lett
TX Bar No. 24138899
Ashley Harris
TX Bar No. 24123238
ACLU FOUNDATION OF TEXAS, INC.
1018 Preston St.
Houston, TX 77002
(713) 942-8146
apinon@aclutx.org
bklosterboer@aclutx.org
tbuser-clancy@aclutx.org
skumar@aclutx.org
clett@aclutx.org
aharris@aclutx.org

Jennifer Babaie*±
Las Americas Immigrant Advocacy Center
1500 E Yandell Dr. El Paso, TX 79902
Tel: (915) 544-5126
jenniferbabaie@las-americas.org

Yulie Landan*±
Matthew S. Vogel**†±
Sirine Shebaya±
National Immigration Project of the National
Lawyers Guild
1763 Columbia Road NW
Suite 175 # 896645
Washington, DC 20009
Tel: (213) 430-5521
yulie@nipnlg.org
sirine@nipnlg.org
matt@nipnlg.org
†Not admitted in DC; working remotely
from and admitted in Louisiana only.

±*Counsel for individual Petitioner only*

Attorneys for Petitioner-Plaintiff
**Admitted pro hac vice*
***Application for pro hac vice forthcoming*

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2025, a true and correct copy of the foregoing document was electronically filed via the Court's CM/ECF system which sends notice of electronic filing to all counsel of record.

Dated: August 4, 2025

/s/ *Adriana Piñon*
Adriana Piñon
ACLU FOUNDATION OF TEXAS, INC
P.O. Box 8306
Houston, TX 77288
(713) 942-8146
apinon@aclutx.org