IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| M.A.P.S., on her own behalf and on behalf of others similarly situated,<br><br>*Petitioner–Plaintiff*,<br><br>v.<br><br>ANGEL GARITE, in his official capacity as Assistant El Paso Field Office Director for U.S. Immigration and Customs Enforcement and Warden of the El Paso Processing Center, *et al*.,<br><br>*Respondents–Defendants*. | Case No. 3:25-cv-0171 |

## DECLARATION OF CHRISTOPHER CLAY

I, Christopher Clay, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct, to the best of my knowledge and belief:

1) I am a Senior Manager at the American Civil Liberties Union of Texas. I make this Declaration based upon personal knowledge, except where indicated.

2) I am over 18 years old, and

3) Pursuant to the Federal Rule of Civil Procedure, Rule 4 (i)(1), on June 21st, 2025, on behalf of Plaintiff-Petitioners, I served via certified FedEx mail a copy of the summons, complaint, emergency application for temporary restraining order, memoranda in support of temporary restraining order, motion for class certification, memoranda in support of class certification, motion to proceed under pseudonyms, memorandum of law in support of motion to proceed under pseudonyms, and notice of related case in Case No. 3:25-cv-00171 to the civil-process clerk at the United States attorney's office for the Western District of Texas and to the Attorney General of the United

1

States in Washington, D.C. FedEx records indicate that service was delivered on June 25th, 2025 and June 26th, 2025, respectively.

4) In addition to serving the United States as described above, pursuant to the Federal Rules of Civil Procedure, Rule 4 (i)(2), on June 21st, 2025, on behalf of Plaintiff-Petitioners, I served via certified FedEx mail a copy of the summons, complaint, emergency application for temporary restraining order, memoranda in support of temporary restraining order, motion for class certification, memoranda in support of class certification, motion to proceed under pseudonyms, memorandum of law in support of motion to proceed under pseudonyms, and notice of related case in the above-captioned case to the following defendants in their official capacity at their corresponding government agency or government facility addresses:

a. DONALD J. TRUMP, in his official capacity as President of the United States;

b. PAMELA BONDI, in her official capacity as Attorney General of the United States;

c. MARCO RUBIO, in his official capacity as the United States Secretary of State;

d. U.S. STATE DEPARTMENT

e. KRISTIN NOEM, in her official capacity as the United States Secretary of Homeland Security;

f. U.S. DEPARTMENT OF HOMELAND SECURITY;

g. TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement;

h. U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT;

i. PETE HEGSETH, Secretary of Defense, in his official capacity;

j. U.S. DEPARTMENT OF DEFENSE;

k. MIGUEL VERGARA, in his official capacity as the San Antonio Field Office Director;

    l. BRET BRADFORD, in his official capacity as the Houston Field Office Director;

    m. BOBBY THOMPSON, in his official capacity as the Warden of South Texas ICE Processing Center;

    n. CHARLOTTE COLLINS, in her official capacity as the Warden of T. Don Hutto Detention Center;

    o. ROSE THOMPSON, in her official capacity as the Warden of Karnes County Immigration Processing Center;

    p. MURRAY AGNEW, in his official capacity as Warden of the Limestone County Detention Center;

    q. ANGEL GARITE, in his official capacity as Assistant El Paso Field Office Director for U.S. Immigration and Customs Enforcement and Warden of the El Paso Processing Center;

    r. MARY DE ANDA-YBARRA, in her official capacity as the El Paso Field Office Director;

5) FedEx records indicate that service was delivered to the above-named defendants on the following:

    a. June 26, 2025, DONALD J. TRUMP, in his official capacity as President of the United States;

    b. June 26, 2025, PAMELA BONDI, in her official capacity as Attorney General of the United States;

    c. June 25, 2025, MARCO RUBIO, in his official capacity as the United States Secretary of State;

    d. June 25, 2025, U.S. STATE DEPARTMENT

    e. June 25, 2025, KRISTIN NOEM, in her official capacity as the United States Secretary of Homeland Security;

    f. June 25, 2025, U.S. DEPARTMENT OF HOMELAND SECURITY;

g. June 25, 2025, TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement;

h. June 25, 2025, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT;

i. June 25, 2025, PETE HEGSETH, Secretary of Defense, in his official capacity;

j. June 25, 2025, U.S. DEPARTMENT OF DEFENSE;

k. June 25, 2025, MIGUEL VERGARA, in his official capacity as the San Antonio Field Office Director;

l. June 25, 2025, BRET BRADFORD, in his official capacity as the Houston Field Office Director;

m. June 25, 2025, BOBBY THOMPSON, in his official capacity as the Warden of South Texas ICE Processing Center;

n. June 25, 2025, CHARLOTTE COLLINS, in her official capacity as the Warden of T. Don Hutto Detention Center;

o. June 24, 2025, ROSE THOMPSON, in her official capacity as the Warden of Karnes County Immigration Processing Center;

p. June 25, 2025, MURRAY AGNEW, in his official capacity as Warden of the Limestone County Detention Center;

q. June 25, 2025, ANGEL GARITE, in his official capacity as Assistant El Paso Field Office Director for U.S. Immigration and Customs Enforcement and Warden of the El Paso Processing Center;

r. June 25, 2025, MARY DE ANDA-YBARRA, in her official capacity as the El Paso Field Office Director;

Executed on the 8th of July 2025.                          /s/ *Christopher Clay*
                                                           Christopher Clay
                                                           ACLU of Texas
                                                           P.O. Box 8306
                                                           Houston, TX 77288
                                                           cclay@aclutx.org
                                                           713-942-8146